ELECTRONICALLY FILED

COMMONWEALTH OF KENTUCKY
MASON COUNTY CIRCUIT COURT
19TH JUDICIAL CIRCUIT
21-CI-00022

BEULAH M. MURPHY                                                                    PLAINTIFF,

v.

INDUSTRIAL CONTRACTORS SKANSKA, INC.

and

OPERATING ENGINEERS LOCAL 181                                       DEFENDANTS.

## LOCAL 181'S NOTICE OF REMOVAL
## TO THE UNITED STATES DISTRICT COURT

Come now Defendant Local 181, by the undersigned counsel, and hereby files a Notice of Removal, thereby removing this cause of action to the United States District Court for the Eastern District of Kentucky. Said Notice of Removal has been filed in the aforesaid United States District Court on this date.

Respectfully submitted,

HARTNETT REYES-JONES, LLC
/s/ James P. Faul
JAMES P. FAUL, KY #97990
4399 Laclede Ave.,
St. Louis, Missouri 63108
Telephone:   314-531-1054
Facsimile:    314-531-1131
jfaul@hrjlaw.com

/s/ *Anna Stewart Whites*
_____
Anna Stewart Whites
327 Logan Street
P.O. Box 4023
Frankfort KY 40601
(502) 352-2373 (office)
(502) 352-6860 (fax)
**Annawhites@aol.com**

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the foregoing was served upon the below by this Court's electronic filing system:

| | |
|---|---|
| MEYMAN LAW PLLC | Littler Mendelson, P.C. |
| P.O. BOX 54693 | C/O Jay Inman |
| LEXINGTON, KY 40555 | 333 West Vine Street, Suite 1720 |
| gera@meymanlaw.com | LEXINGTON, KY 40507 |
| | jinman@littler.com |

/s/ *Anna Stewart Whites*
_____